UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: CV 02-802 PAM/JGL

| | |
|---|---|
| Jesse Fabio,<br><br>Plaintiff,<br>v.<br><br>Client Services, Inc., Corey Lee, and Ryan Hegger,<br><br>Defendants. | **NOTICE AND ORDER OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and his attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: April 24, 2002.

**THE BARRY LAW OFFICE, LTD.**

By: ______________________
Peter F. Barry, Esq.
Attorney I.D.#0266577
342 East County Road D
St. Paul, Minnesota 55117
Telephone: (651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
Thomas J. Lyons, Jr.
Attorney I.D. #: 0249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

**ATTORNEYS FOR PLAINTIFF**

FILED APR 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD APR 26 2002
DEPUTY CLERK ________

**ORDER**

Based on the above Notice of Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendants, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 26, 2002.

Paul A. Magnuson
CHIEF JUDGE PAUL A. MAGNUSON
United States District Court